UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LELAND JAY SPROUT,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW SAUL, Commissioner of<br>Social Security,<br><br>    Defendant. | No. 2:19-cv-10857-JDE<br><br>ORDER AWARDING ATTORNEY<br>FEES UNDER THE EQUAL<br>ACCESS TO JUSTICE ACT,<br>28 U.S.C. § 2412(d) |

  Based upon the parties' Stipulation (Dkt. 25), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $8,800 under 28 U.S.C. § 2412(d) subject to the terms of the above-referenced Stipulation.

Dated: December 08, 2020

_____
JOHN D. EARLY
United States Magistrate Judge